IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) vs. ) ) SARAH M. SALADO, ) ) Defendant ) | 8:23CR160 ORDER |

This matter is before the court following a telephone conference held on January 21, 2025. Kim Bunjer represented the government and Yvonne Sosa and Cheryl Kessel represented the defendant. The Joint Motion for 17.1 Status Conference [42] is construed as a motion to continue trial. Expert discovery continues and the parties request additional time to review reports and determine if additional expert designation(s) should be made. For the reasons set forth in the motion, stated on the record, and for good cause shown, the jury trial is continued.

**IT IS ORDERED** that:

1. The jury trial, currently scheduled for February 18, 2025, is continued to **March 25, 2025.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and March 25, 2025,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. Rule 17.1 Status Conference is scheduled for February 19, 2025 at 11:00 a.m. The parties shall be prepared to discuss case progression, status of expert disclosures, and whether the matter will proceed to trial or should be set for change of plea.

4. **No further continuances will be granted without requesting a hearing before the undersigned magistrate judge.**

**DATED: January 22, 2025**

**BY THE COURT:**

**s/ Ryan C. Carson**
**United States Magistrate Judge**